

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE KRIMES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-10,<br><br>Defendants. | No. 2:15-cv-05087-LFR |

**[PROPOSED] ORDER**

FILED
JUN 03 2016
MICHAEL E. KUNZ, Clerk
BY_____ Dep Clerk

AND NOW, this 1st day of June, 2016, it is hereby ORDERED that all deadlines are hereby STAYED for 45 days. It is further ORDERED that the anticipated motion for preliminary approval of a class action settlement shall be submitted on or before July 15, 2016.

ENTERED
JUN - 3 2016
CLERK OF COURT

_____
HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT COURT JUDGE